IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MAURICE A. YOUNG,<br>                    *Plaintiff*,<br><br>     v.<br><br>JABIL, INC. and JABIL BRANDYWINE, INC.,<br>                    *Defendants*. | CIVIL ACTION<br><br>NO. 23-4992 |
|---|---|

### ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW on this 22nd day of April, 2025, for the reasons stated in the foregoing Memorandum, Defendants' Motion for Summary Judgment is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-4992 Young v Jabil\order re MSJ.docx

1