**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MAURICE A. YOUNG,** <br><br> *Plaintiff*, <br><br> **v.** <br><br> **JABIL, INC. and JABIL BRANDYWINE, INC.,** <br><br> *Defendants*. | **CIVIL ACTION** <br><br> **NO. 23-4992** |

## ORDER RE: DEFENDANTS' DAUBERT MOTION

AND NOW on this 19th day of May 2025, for the reasons stated in the foregoing Memorandum, Defendants' Daubert Motion, ECF 21, is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**